# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION**

4: 13-3070

MDL No. 1871

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –173)

On October 16, 2007, the Panel transferred 2 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 2,055 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M Rufe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

| |
|---|
| Inasmuch as no objection is pending at this time, the stay is lifted. |
| **Jul 23, 2013** |
| CLERK'S OFFICE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 7/24/13

ATTEST: Tom Pay

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION**

MDL No. 1871

## SCHEDULE CTO–173 – TAG–ALONG ACTIONS

**DIST**    **DIV.**    **C.A.NO.**    **CASE CAPTION**

CALIFORNIA NORTHERN

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|------|------|---------|--------------|---|
| CAN | 4 | 13–03070 | Tarango et al v. SmithKline Beecham Corporation et al | |
| ~~CAN~~ | ~~4~~ | ~~13–03103~~ | ~~August et al v. McKesson Corporation et al~~ | Opposed 7/16/13 |
| ~~CAN~~ | ~~4~~ | ~~13–03109~~ | ~~West et al v. McKesson Corporation et al~~ | Opposed 7/19/13 |
| ~~CAN~~ | ~~3~~ | ~~13–03110~~ | ~~Allen et al v. McKesson Corporation et al~~ | Opposed 7/19/13 |
| ~~CAN~~ | ~~3~~ | ~~13–03111~~ | ~~Aud et al v. GlaxoSmithKline LLC. et al~~ | Opposed 7/16/13 |
| ~~CAN~~ | ~~3~~ | ~~13–03116~~ | ~~Alvarez et al v. McKesson Corporation et al~~ | Opposed 7/19/13 |
| ~~CAN~~ | ~~4~~ | ~~13–03050~~ | ~~Fields vs. McKesson Corporation~~ | Opposed 7/19/13 |
| ~~CAN~~ | ~~3~~ | ~~13–03065~~ | ~~Joshlin et al v. McKesson Corporation et al~~ | Opposed 7/19/13 |
| ~~CAN~~ | ~~3~~ | ~~13–03067~~ | ~~Catlett et al v. McKesson Corporation et al~~ | Opposed 7/19/13 |
| ~~CAN~~ | ~~3~~ | ~~13–03095~~ | ~~Albayrak et al v. McKesson Corporation et al~~ | Opposed 7/16/13 |