UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION
Tarango, et al. v. SmithKline Beecham Corp., et al.,
N.D. California, C.A. No. 4:13-03070     )
                                         )     MDL No. 1871

4:13-3070

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On July 15, 2013, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, this action (*Tarango*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Tarango* was lifted on July 23, 2013, and the action was transferred to the Eastern District of Pennsylvania. Subsequently, on July 25, 2013, the Panel received a motion for leave to file a belated notice of opposition to the transfer submitted by plaintiffs in *Tarango*. In their opposition, plaintiffs, through counsel, assert that they never received a copy of the Panel's July 15, 2013, conditional transfer order and that this was the cause of their failure to submit a timely notice of opposition. Recourse to available sources reveals that the email address for plaintiffs' counsel in *Tarango*, on file in the Panel's database, matches the email address counsel had on file with the district court. Nevertheless, based upon counsel's assertion of non-receipt, the Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Tarango* in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-173" filed on July 15, 2013, is REINSTATED insofar as it relates to this action. Plaintiffs' notice of opposition is deemed filed as of July 25, 2013. In accordance with Rule 7.1(f), plaintiffs shall file the required motion and supporting brief to vacate the conditional transfer order on or before August 8, 2013. No extensions of time will be granted absent a showing of extraordinary circumstances.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED  7-29-13
ATTEST: *[signature]* Tom Dupree
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA