IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS TARANGO, et al.,           No. C 13-3070 CW

      Plaintiffs,                       ORDER DENYING MOTION TO LIFT STAY (Docket No. 18)

  v.

SMITHKLINE BEECHAM CORPORATION, et al.,

      Defendants.
_____/

This action is currently stayed pending transfer by the Judicial Panel on Multidistrict Litigation.  Plaintiffs move to lift the stay and seek leave to file a motion to remand.  Because Plaintiffs have not presented any compelling reason to lift the stay, their motion is DENIED.  Plaintiffs may not file a motion to remand in this Court until the stay has been lifted.

IT IS SO ORDERED.

Dated: 8/8/2013

CLAUDIA WILKEN
United States District Judge