IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS TARANGO, et al.,

    Plaintiffs,

  v.

SMITHKLINE BEECHAM CORPORATION, et al.,

    Defendants.

No. C 13-3070 CW

ORDER DENYING MOTION TO LIFT STAY (Docket No. 18)

    This action is currently stayed pending transfer by the Judicial Panel on Multidistrict Litigation. Plaintiffs move to lift the stay and seek leave to file a motion to remand. Because Plaintiffs have not presented any compelling reason to lift the stay, their motion is DENIED. Plaintiffs may not file a motion to remand in this Court until the stay has been lifted.

    IT IS SO ORDERED.

Dated: 8/8/2013

CLAUDIA WILKEN
United States District Judge